WILLIAM A. HANSSEN (Bar No. 110613)
william.hanssen@faegredrinker.com
RYAN M. SALZMAN (Bar No. 299923)
ryan.salzman@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
ryan.salzman@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California  90067
Telephone:   +1 310 203 4000
Facsimile:    +1 310 229 1285

Attorneys for Defendant
FOREMOST GROUPS, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>AYERS BATH (U.S.A.) CO., LTD.,<br><br>Debtor | Case No. 2:13-bk-17409-RK<br><br>Chapter 7<br><br>**STIPULATION AND CONSENT ORDER ADJOURNING STATUS HEARING DATE FOR FOREMOST GROUPS, INC.'S RENEWED MOTION TO AMEND THE JUDGMENT OF THE BANKRUPTCY COURT TO ADD TANGSHAN AYERS BATH EQUIPMENT CO. LTD. AS JUDGMENT DEBTOR**<br><br>**Docket No. 118** |

The relief set forth on the following page, numbered two (2), is **SO ORDERED**.

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW

STIPULATION & CONSENT ORDER ADJOURNING
STATUS HEARING DATE

CASE NO. 2:13-BK-17409-RK

WHEREAS, a status hearing on Foremost Groups, Inc.'s ("Foremost") Renewed Motion to Amend the Judgment of the Bankruptcy Court to Add Tangshan Ayers Bath Equipment Co. Ltd. as Judgment Debtor [Docket No. 118] (the "Motion") was held on August 4, 2020, at 2:00 p.m.; and

WHEREAS, the parties are in the process of preparing the Pretrial Stipulation and Order for the Court's consideration; and

WHEREAS, the parties have conferred and agreed that the status hearing shall be adjourned from October 28, 2020 at 1:30 p.m. to December 2, 2020 at 1:30 p.m.; and

NOW, THEREFORE, for good cause appearing, and upon consent of the parties set forth below, it is hereby **ORDERED**:

The status hearing on the Motion shall be adjourned from October 28, 2020 at 1:30 p.m. to December 2, 2020 at 1:30 p.m., or as soon thereafter as counsel may be heard.

The undersigned consent and
agree to entry of this Consent Order:

| | |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP | HAGENS BERMAN SOBOL SHAPIRO LLP |
| Attorneys for Foremost Groups, Inc. | Attorneys for Tangshan Ayers Bath Equipment Co., Ltd. |
| By: /s/ Ryan M. Salzman | By: /s/ Philip J. Graves |