| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Ryan M. Salzman (CA Bar No. 299923)<br>Faegre Drinker Biddle & Reath<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA 90067-1517<br>(310) 203-4000<br>(310) 203-1285—Fax<br>ryan.salzman@faegredrinker.com<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for:  FOREMOST GROUPS, INC. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br><br>AYERS BATH (U.S.A.) CO., LTD.<br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:13-bk-17409-RK<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion*[1]):<br><u>ORDER EXTENDING DISCOVERY AND ADJOURNING STATUS HEARING DATE FOR RENEWED MOTION TO AMEND THE JUDGMENT TO ADD TANGSHAN AYERS BATH AS JUDGMENT DEBTOR</u> |
|---|---|

PLEASE TAKE NOTE that the order titled <u>Order Extending Discovery and Adjourning Status Hearing Date for Foremost Groups, Inc.'s Renewed Motion to Amend the Judgment of the Bankruptcy Court to Add Tangshan Ayers Bath Equipment Co. Ltd. As Judgment Debtor</u> was lodged on (*date*)  <u>  October 14, 2020  </u>  and is attached.  This order relates to the motion which is docket number <u>118</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* | Page 1 | **F 9021-1.2.BK.NOTICE.LODGMENT**

WILLIAM A. HANSSEN (Bar No. 110613)
william.hanssen@faegredrinker.com
RYAN M. SALZMAN (Bar No. 299923)
ryan.salzman@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
ryan.salzman@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, California  90067
Telephone:    +1 310 203 4000
Facsimile:    +1 310 229 1285

Attorneys for Defendant
FOREMOST GROUPS, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

|  |  |
|---|---|
| In re:<br><br>AYERS BATH (U.S.A.) CO., LTD.,<br><br>Debtor | Case No. 2:13-bk-17409-RK<br><br>Chapter 7<br><br>**CONSENT ORDER ADJOURNING STATUS HEARING DATE FOR FOREMOST GROUPS, INC.'S RENEWED MOTION TO AMEND THE JUDGMENT OF THE BANKRUPTCY COURT TO ADD TANGSHAN AYERS BATH EQUIPMENT CO. LTD. AS JUDGMENT DEBTOR**<br><br>**Docket No. 118** |

The relief set forth on the following page, numbered two (2), is **SO ORDERED**.

FAEGRE DRINKER
BIDDLE & REATH LLP
ATTORNEYS AT LAW

CONSENT ORDER ADJOURNING STATUS
HEARING DATE

CASE NO. 2:13-BK-17409-RK

1  UPON CONSIDERATION of the Stipulation between Tangshan Ayers Bath Equipment Co., Ltd. and Foremost Groups, Inc. ("Foremost") regarding the status hearing date on Foremost's Renewed Motion to Amend the Judgment of the Bankruptcy Court to Add Tangshan Ayers Bath Equipment Co. Ltd. as Judgment Debtor [D.E. 118] (the "Motion"), and good cause appearing:

**IT IS ORDERED** that the status hearing on the Motion shall be adjourned from October 28, 2020 at 1:30 p.m. to December 2, 2020 at 1:30 p.m., or as soon thereafter as counsel may be heard.

# # #



Bankruptcy LODGED ORDER UPLOAD FORM

Wednesday, October 14, 2020

CONFIRMATION :

Your Lodged Order Info:
( **10290942.docx** )
A new order has been added

- **Office**: Los Angeles
- **Case Title**: Ayers Bath (U.S.A.), Co.,Ltd.
- **Case Number**: 13-17409
- **Judge Initial**: RK
- **Case Type**: bk ( Bankruptcy )
- **Document Number**: 193
- **On Date**: 10/14/2020 @ 12:07 PM

Thank You!

---

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 East Temple Street
Los Angeles, CA 90012

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __10/14/2020__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

E-mail service provided to the parties listed on the attached Service List

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __10/14/2020__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge Robert N. Kwan by Personal Delivery
United States Bankruptcy Court, Central District of California
255 E. Temple Street, Suite 1682 / Courtroom 1675
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 14, 2020 | Ryan M. Salzman | /s/ Ryan M. Salzman |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

# SERVICE LIST

Case No. Case No. 2:13-bk-17409-RK

In re:

**AYERS BATH (U.S.A.) CO., LTD.**

Debtor.

- Jeffrey S Renzi jrenzi@ssd.com, clopez@ssd.com, ptsui@ssd.com
- Anthony A Friedman aaf@lnbyb.com
- John A Moe john.moe@dentons.com, glenda.spratt@dentons.com, laurie.soledad@dentons.com, jennifer.wall@dentons.com, andy.jinnah@dentons.com
- Alfred H Siegel (TR) Al.siegel@asiegelandassoc.com
- Philip J Graves philipg@hbsslaw.com
- Carl W Oberdier cwo@oberdier.com
- Lisa.irving@asiegelandassoc.com; Margo.tzeng@asiegelandassoc.com; asiegel@ecf.epiqsystems.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* — Page 3 — **F 9021-1.2.BK.NOTICE.LODGMENT**