United States Bankruptcy Court

Central District of California

In re:                                                                               Case No. 13-17409-RK

Ayers Bath (U.S.A.), Co.,Ltd.                                         Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0973-2                                      User: admin                                      Page 1 of 2

Date Rcvd: Oct 14, 2020                          Form ID: pdf042                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

**Recip ID                Recipient Name and Address**
db                  +  Ayers Bath (U.S.A.), Co.,Ltd., 10713 Norwalk Avenue, Santa Fe Springs, CA 90670-3823

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2020                                    Signature:                  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alfred H Siegel (TR) | Al.siegel@asiegelandassoc.com   Lisa.irving@asiegelandassoc.com;asiegel@ecf.axosfs.com |
| Anthony A Friedman | on behalf of Attorney Levene  Neale, Bender, Yoo & Brill, LLP aaf@lnbyb.com |
| Anthony A Friedman | on behalf of Trustee Alfred H Siegel (TR) aaf@lnbyb.com |
| Carl W Oberdier | on behalf of Creditor Tangshan Ayers Bath Equipment Co.  LTD. cwo@oberdier.com, kgr@oberdier.com;skh@oberdier.com |
| Jeffrey S Renzi | on behalf of Debtor Ayers Bath (U.S.A.)  Co.,Ltd. jrenzi@ssd.com, clopez@ssd.com;ptsui@ssd.com |
| John A Moe, II | on behalf of Interested Party JOHN A MOE john.moe@dentons.com  glenda.spratt@dentons.com |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 14, 2020 | Form ID: pdf042 | Total Noticed: 1

Philip J Graves
    on behalf of Creditor Tangshan Ayers Bath Equipment Co. LTD. philipg@hbsslaw.com, bills@hbsslaw.com

Ryan M Salzman
    on behalf of Creditor Foremost Groups Inc. ryan.salzman@faegredrinker.com, willie.ackart@faegredrinker.com;susan.carlson@faegredrinker.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 9

| | |
|---|---|
| 1 | WILLIAM A. HANSSEN (Bar No. 110613) |
|   | william.hanssen@faegredrinker.com |
| 2 | RYAN M. SALZMAN (Bar No. 299923) |
|   | ryan.salzman@faegredrinker.com |
| 3 | FAEGRE DRINKER BIDDLE & REATH LLP |
|   | ryan.salzman@faegredrinker.com |
| 4 | 1800 Century Park East, Suite 1500 |
|   | Los Angeles, California  90067 |
| 5 | Telephone:    +1 310 203 4000 |
|   | Facsimile:    +1 310 229 1285 |

> **FILED & ENTERED**
>
> **OCT 14 2020**
>
> **CLERK U.S. BANKRUPTCY COURT**
> **Central District of California**
> **BY tatum        DEPUTY CLERK**

Attorneys for Defendant
FOREMOST GROUPS, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

AYERS BATH (U.S.A.) CO., LTD.,

    Debtor

Case No. 2:13-bk-17409-RK

Chapter 7

**CONSENT ORDER ADJOURNING STATUS HEARING DATE FOR FOREMOST GROUPS, INC.'S RENEWED MOTION TO AMEND THE JUDGMENT OF THE BANKRUPTCY COURT TO ADD TANGSHAN AYERS BATH EQUIPMENT CO. LTD. AS JUDGMENT DEBTOR**

**Docket No. 118**

The relief set forth on the following page, numbered two (2), is **SO ORDERED**.

//

//

//

1  UPON CONSIDERATION of the Stipulation between Tangshan Ayers Bath Equipment Co., Ltd. and Foremost Groups, Inc. ("Foremost") regarding the status hearing date on Foremost's Renewed Motion to Amend the Judgment of the Bankruptcy Court to Add Tangshan Ayers Bath Equipment Co. Ltd. as Judgment Debtor [D.E. 118] (the "Motion"), and good cause appearing:

**IT IS ORDERED** that the status hearing on the Motion shall be adjourned from October 28, 2020 at 1:30 p.m. to December 2, 2020 at 1:30 p.m., or as soon thereafter as counsel may be heard.

# # #

Date: October 14, 2020

_____
Robert Kwan
United States Bankruptcy Judge